UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GARY PORTE, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:07CV922 JCH |
| | ) |
| LONG-TERM DISABILITY PLAN OF | ) |
| THE MAY DEPARTMENT STORES | ) |
| COMPANY, | ) |
| | ) |
| Defendant(s). | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiff's Complaint is dismissed with prejudice.

Dated this 29th day of January, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE